IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00735-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR 19 2006

GREGORY C. LANGHAM
CLERK

AUGUSTINE ELLIOT #51538,

    Plaintiff,

v.

VOLUNTEERS OF AMERICA,
ST. FRANCAIS SHELTER,
JOHN DOE + JANE DOE 1-50,
COLORADO DIVISION OF PAROLE AND COMMUNITY CORRECTIONS JEANENE
    MILLER,
SUSAN J. WHITE,
KATHRYN ALBRECHT,
MAX WINKLER,
CITY AND COUNTY OF DENVER MAYER [sic] JOHN HICKENLOOPER,
DENVER CITY AN [sic] COUNTY JAIL UNDER SHERIFF LOVINGER,
MAJOR WILSON, CHIEF FOOS,
CAPTAIN BLAIR,
DEPUTY BRAUNFANK,
DEPUTY GALLO,
DEPUTY RL RINE, CLASSIFICATION,
CITY JAIL DEPUTY TRUJILLO,
DEPUTY GUZMAN,
DEPUTY LOPEZ,
COUNTY JAIL LAW LIBRARY,
DR. CRUM,
DR. HIRSH,
DR. O'BRIEN,
COLORADO STATE DEPARTMENT OF DISTRICT ATTORNEYS OFFICE,
MITCH MORRISSEY,
CAROL CHAMBERS 19TH DISTRICT JOHN DOE JANE DOE 1-500,
GOVERNOR BILL OWENS,
COLORADO BOARD OF PAROLE ALLEN F. STANLEY,
CURTIS DEVIN,
DEBORAH C. ALLEN,
MATHEW J. RHODES,
JOHN B. ROSEN,
VERNC R. SAINT VINCENT,

LESLIE V. WAGGERNER MARIN,
MAILROOM STAFF DENVER COUNTY JAIL JOHN DOE JANE DOE 1-10,
ALL CITY AND COUNTY CORRUPT SHERIFFS/OFFICIALS IN THEIR OFFICIAL AND
    INDIVIDUAL CAPACITIES CURRENTLY NOT KNOWN BY NAME BUT WILL
    BE ADDED AT A LATER DATE,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court.
    Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) xx  is not submitted
(11) __  is not on proper form (must use the court's current form)
(12) __  is missing an original signature by the prisoner
(13) __  is missing page nos. __
(14) __  uses et al. instead of listing all parties in caption
(15) __  An original and a copy have not been received by the court. Only an original has been received.
(16) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __  names in caption do not match names in text
(18) __  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the plaintiff files

in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _18th_ day of _April_____, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00735** -BNB

Augustine Elliot
Prionser No. 1477837
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4-19-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk